IN THE SUPREME COURT OF TEXAS

 No. 10-0021

 IN RE NRG ENERGY, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for stay, filed January 12, 2010, is
granted. The order compelling the deposition of David Crane dated January
8, 2010, in Cause No. 2009-CI-19492, styled The City of San Antonio, Texas,
acting by and through The City Public Service Board of San Antonio, a Texas
Municipal Utility, in the 37th District Court of Bexar County, Texas, is
stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this January 15, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk